AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Debevoise, Dickinson R. | District Court - New Jersey | 4/6/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| MLK, Jr. Federal Bldg. & Court<br>50 Walnut Street<br>Newark, New Jersey 07102-0999 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Fund for NJ (Non-Profit charitable foundation) |
| 2. Past Director | Columbia Law School Association |
| 3. Trustee | Revocable Trust (See Note VIII). |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Debevoise, Dickinson R.

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/6/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/6/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/6/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. UBS Financial Services Cash Fund, Iselin, NJ | B | Interest | L | T | | | | | |
| 2. UBS Financial Services Cash Fund, Iselin, NJ | A | Interest | J | T | | | | | |
| 3. PNC Bank, N.A., Millburn, NJ | A | Interest | K | T | | | | | |
| 4. Wachovia Bank, Millburn, NJ | | None | J | T | | | | | |
| 5. Wachovia Bank, Newark, NJ | | None | J | T | | | | | |
| 6. Nuveen Bond Fund, Unit 519 (200) | A | Interest | J | T | See Part VIII | | | | |
| 7. Williams College Pooled Income Fund #3 | C | Interest | L | T | See Part VIII | | | | |
| 8. Wachovia Bank, Millburn, NJ | | None | J | T | | | | | |
| 9. ▨ N.J. State Due 8/1/20 | B | Interest | K | T | | | | | See VIII |
| 10. ▨ 0 So. Jersey Transit Auth. 11/01/18 | B | Interest | | | Sold | 06/17/09 | K | A | See VIII |
| 11. ▨ N.J. Health Care Auth. 07/01/20 | B | Interest | K | T | | | | | See VIII |
| 12. ▨ Monmouth Cty. Imp. Auth. 12/01/16 | B | Interest | K | T | | | | | See VIII |
| 13. ▨ N.J. Health Care Auth. 07/01/12 | B | Interest | K | T | | | | | See VIII |
| 14. ▨ Lopatcong Twp. 7/15/22 | B | Interest | J | T | | | | | See VIII |
| 15. Winslow Twp. Bd. of Ed. 8/01/19 | B | Interest | K | T | | | | | |
| 16. Bank of America Brunswick, ME | A | Interest | J | T | | | | | |
| 17. ▨ Trust See VIII | E | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001 - $100,000 | B = $1,001 - $2,500 G = $100,001 - $1,000,000 | C = $2,501 - $5,000 H1 = $1,000,001 - $5,000,000 | D = $5,001 - $15,000 H2 = More than $5,000,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,001 - $500,000 P3 = $25,000,001 - $50,000,000 | K = $15,001 - $50,000 O = $500,001 - $1,000,000 | L = $50,001 - $100,000 P1 = $1,000,001 - $5,000,000 P4 = More than $50,000,000 | M = $100,001 - $250,000 P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/6/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▨ Trust See VIII | E | Interest | P1 | T | | | | | |
| 19. -Blackrock N.J. Munic. (BN) Bonds Fund 416 | | | | | Sold (part) | 07/28/09 | K | A | |
| 20. -BP PLC | | | | | | | | | |
| 21. -Bristol Myers Squibb Com. | | | | | | | | | |
| 22. -FPL Group, Inc. Com. | | | | | Sold | 01/15/09 | J | C | |
| 23. -Chevron Texaco Corp. Com. | | | | | | | | | |
| 24. -International Paper Com. | | | | | | | | | |
| 25. -Unilever NU New York Com. | | | | | Sold | 04/15/09 | J | C | |
| 26. -Roxiticus Golf Club Com. | | | | | | | | | |
| 27. -Kimberly-Clark Com. | | | | | | | | | |
| 28. -Blackrock Liquidity Funds | | | | | | | | | |
| 29. ▨ Hammonton 4.75% due on 7/1/18 | | | | | Matured | 07/01/09 | K | A | |
| 30. ▨ Margate City 4.75% due on 2/1/17 | | | | | | | | | |
| 31. -Cape May Co. N.J. College due 8/15/16 | | | | | | | | | |
| 32. -General Dynamics Com. | | | | | | | | | |
| 33. -General Electric Com. | | | | | Sold | 01/15/09 | J | A | |
| 34. -Johnson & Johnson Com. | | | | | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)
3. Value Method Codes
(See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/6/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -IBM | | | | | Sold | 01/15/09 | J | A | |
| 36.  -Bank of America | | | | | Sold | 01/15/09 | J | A | |
| 37.  -Exelon Corp. | | | | | | | | | |
| 38.  -Harbor Fund International | | | | | | | | | |
| 39.  -United Technologies Com. | | | | | | | | | |
| 40.  -Coca Cola | | | | | | | | | |
| 41.  -Proctor & Gamble Com. | | | | | Sold | 01/15/09 | J | A | |
| 42.  -Marathon Oil Com. | | | | | Sold | 01/15/09 | J | A | |
| 43.  -McDonald Com. | | | | | | | | | |
| 44.  -Citigroup Cap. XVII | | | | | Sold | 06/24/09 | J | A | |
| 45.  -Federated Strat. Value (SVAAX) | | | | | | | | | |
| 46.  -Bank of N.Y. Mellon | | | | | | | | | |
| 47.  -Northern Trust Corp. | | | | | Sold | 01/15/09 | J | A | |
| 48.  -AT&T Com. | | | | | | | | | |
| 49.  -J.P. Morgan Chase | | | | | | | | | |
| 50.  -Fed Home Ln Bk Bonds 2015 | | | | | Matured | 03/02/09 | L | A | |
| 51.  -Bergen Cty IMRT Auth 2014 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/6/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52.  -Chubb Corp. | | | | | Buy | 01/15/09 | J | | |
| 53.  -General Mills | | | | | Buy | 01/15/09 | J | | |
| 54.  -Heinz | | | | | Buy | 01/15/09 | J | | |
| 55.  -Hudson City Bancorp | | | | | Buy | 01/15/09 | J | | |
| 56.  -Intel Corp. | | | | | Buy | 01/15/09 | J | | |
| 57.  -Southern Co. | | | | | Buy | 01/15/09 | J | | |
| 58.  -Wyeth | | | | | Buy | 01/15/09 | J | | See VIII |
| 59.  -Union County Impt 9/01/18 | | | | | Buy | 03/17/09 | K | | |
| 60.  -N.J. Sports & Expstin 9/01/19 | | | | | Buy | 03/20/09 | K | | |
| 61.  -Pfizer, Inc. | | | | | Merged (with line 58) | 10/16/09 | J | | See VIII |
| 62.  -Wisdom Large Cap Fund | | | | | Buy | 06/24/09 | L | | |
| 63.  -Blackrock EQ Div | | | | | Buy | 07/28/09 | K | | |
| 64.  Ishares Barclays Trust | | | | | | | | | See VIII |
| 65.  Franklin Tax Free TR | | | | | | | | | See VIII |
| 66.  MFS Value Fund Class I | | | | | Buy | 07/28/09 | K | | |
| 67.  UBS Pace Fixed Income Fund (Formerly P.W. Invest. Account) | D | Dividend | M | T | | | | | |
| 68.  Hartford GPA V | A | Interest | K | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/6/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Management account at PNC Bank, See VIII | | | | | | | | | See VIII |
| 70. Blackrock Money Market Fund | A | Interest | K | T | | | | | |
| 71. Verizon Com. (Bell Atl) | B | Dividend | K | T | | | | | |
| 72. Chevron Texaco Corp. Com. | A | Dividend | J | T | Sold (part) | 01/15/09 | J | C | |
| 73. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 74. Exxon Mobil Corp. Com. | A | Dividend | J | T | Sold (part) | 01/15/09 | J | C | |
| 75. N.J. EDL FACS Auth. Due 7/01/20 | B | Interest | K | T | | | | | |
| 76. IBM Corp. Com. | A | Dividend | J | T | | | | | |
| 77. Hammonton 4.75% due 7/01/18 | B | Interest | | | Matured | 07/01/09 | K | A | |
| 78. Margate City 4.75% due 2/01/17 | B | Interest | L | T | | | | | |
| 79. Middlesex Co. Due 6/15/18 | B | Interest | K | T | | | | | |
| 80. General Dynamics Corp. Com. | A | Dividend | J | T | | | | | |
| 81. Bank of America Com. | A | Dividend | | | Sold | 01/15/09 | J | A | |
| 82. Cape May Cnty. 4.50% due 8/15/20 | B | Interest | L | T | | | | | |
| 83. FPL Group, Inc. Com. | A | Dividend | | | Sold | 01/15/09 | J | B | |
| 84. New Brunswick Pkg. Auth. 4.25% 9/1/15 | B | Interest | L | T | | | | | |
| 85. Old Bridge Twp. Bd. of Ed. 4.75% due 7/15/18 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/6/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BAC CAP Trust II PFD | B | Dividend | K | T | | | | | |
| 87. Harbor Intrl Fund II | A | Dividend | L | T | Buy | 10/08/09 | K | | |
| 88. U.S. Treas Notes 4.25% 8/15/13 | B | Interest | K | T | | | | | |
| 89. U.S. Treas Notes 3.375% 9/15/09 | A | Interest | | | Matured | 09/15/09 | K | A | |
| 90. Coca Cola | A | Dividend | K | T | | | | | |
| 91. United Technologies | A | Dividend | J | T | | | | | |
| 92. Wyeth | A | Dividend | | | Merged (with line 115) | 10/15/09 | J | A | See VIII |
| 93. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 94. AT&T, Inc. | A | Dividend | K | T | | | | | |
| 95. Blackrock N.J. Munn. Fd. 416 | A | Interest | K | T | | | | | See VIII |
| 96. General Elec. Com. | A | Dividend | | | Sold | 01/15/09 | J | A | |
| 97. PPI Corporation | A | Dividend | | | Sold | 01/15/09 | J | A | |
| 98. Citigroup Cap. XVII PFD. | A | Dividend | | | Sold | 06/24/09 | J | A | |
| 99. Dupont | A | Dividend | K | T | | | | | |
| 100. ISHARES Barclays 1-3yr treas | B | Interest | K | T | | | | | |
| 101. MacDonalds Corp. Com. | A | Dividend | J | T | | | | | |
| 102. XTO Energy Inc. Com. | A | Dividend | | | Sold | 01/15/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/6/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. T. Rowe Price Summit Mun | B | Interest | K | T | Buy | 10/08/09 | K | | |
| 104. FED Strategic Value CLA | B | Interest | J | T | | | | | |
| 105. J.P. Morgan Chase | A | Dividend | J | T | | | | | |
| 106. Bergen County Impt Auth | A | Interest | K | T | | | | | |
| 107. Franklin Tax Free Fd | A | Interest | K | T | Buy | 12/18 | K | | See VIII |
| 108. Blackrock Munic Bond Fund | B | Interest | K | T | Buy | 10/08/09 | K | | |
| 109. Bristol Myers | A | Dividend | J | T | Buy | 01/15/09 | J | | |
| 110. General Mills | A | Dividend | J | T | Buy | 01/15/09 | J | | |
| 111. Heinz H J Co. | A | Dividend | J | T | Buy | 01/15/09 | J | | |
| 112. Intel Corp. | A | Dividend | J | T | Buy | 01/15/09 | J | | |
| 113. Southern Co. | A | Dividend | J | T | Buy | 01/15/09 | J | | |
| 114. Pimco Commodity Fund | A | Dividend | K | T | Buy | 10/08/09 | K | | |
| 115. Pfizer, Inc. | A | Dividend | J | T | | 10/16/09 | J | | See VIII |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/6/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

From time to time the various Nuveen Funds of which only one remains make returns of principal as various bonds are redeemed.

Williams College Pooled Income Fund #3. I have set forth as the value of this item the amounts I placed in the Fund from time to time. I receive the income from the Fund but upon my death it goes to Williams College; therefore, the value to me would be the value of my life interest.

Trust and Management Account:

Blackrock Money Market Funds are the equivalent of cash. The trustee or Fund Manager purchases and sells (deposits and withdraws) money from the Funds frequently. I have not listed each deposit and withdrawal and have set forth the December 31, 2009 values.

During 2006 I transferred the cash and six tax exempt bonds listed individually in my report into a revocable trust of which I am trustee and over which I have complete powers of disposition. The purpose is to ensure that upon my death the assets will be available to help pay college education expenses of                        . Because I retain complete control over the assets I see no need to list them separately as part of a trust. The assets are listed in Part VII lines 9-14.

Notes to          Trust Account (Part VII, lines 17-66):

Notes to Management Account (Part VII Lines 69-115):
Part VII, line 69. This is simply a header for the assets listed in lines 70-115.

Pfizer Co. and Wyeth merged on October 15, 2009. The family trust had sold its Wyeth shares in 2008. On January 15, 2009 it purchased 250 Wyeth shares, and after the Pfizer-Wyeth merger it received 246 Pfizer shares in exchange for its Wyeth shares.

On December 31, 2008 the management account held shares of Wyeth stock. On January 15, 2009 it purchased 100 additional Wyeth shares. After the Pfizer-Wyeth merger it received 295 shares of Pfizer in exchange for its Wyeth shares.

ISHARES Barcklays Tr US TIP (line 100) was not listed on my 2009 Report. I am informed by the Trustee that it was listed on its records as U.S. Treas Inflation Proj (see line 46 of my 2009 Report). The circumstances of its receipt by the trust were explained in Part VIII of the 2009 Report. My 2007 Report (Part VII line 112) listed Lehman Index Fund. On November 26, 2007 there was received in exchange for this Fund ISHARES Barclays 1-3 yr treas.

Franklin Tax Free TR #171 (line 65) was inadvertently omitted from my 2009 Report. It had been acquired on December 18, 2008 with a value symbol of L. My 2009 Report should be amended accordingly.

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R. | 4/6/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544